**\*E-FILED 10-06-2010\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRIS MONET,<br><br>　　　　　Plaintiff,<br>　v.<br>INDYMAC COMMERCIAL LENDING CORPORATION,<br><br>　　　　　Defendant./ | No. C10-04506 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT COURT JUDGE** |

On October 5, 2010, plaintiff filed a "Motion for Emergency Hearing and Preliminary Injunction." (Docket No. 2). The action was randomly assigned to a magistrate judge for all purposes. Because plaintiff has requested immediate injunctive relief but none of the parties have consented to magistrate jurisdiction, the undersigned lacks jurisdiction to hear plaintiff's application. Accordingly, this court ORDERS the Clerk of the Court promptly to reassign this case to a district court judge. *See* 28 U.S.C. § 636.

SO ORDERED.

Dated:　October 6, 2010

　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　HOWARD R. LLOYD
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1  5:10-cv-04506-HRL Notice mailed to:

2  Chris Monet
   P.O. Box 67365
3  Scotts Valley, CA 95067

4           Pro Se Plaintiff

**United States District Court**
For the Northern District of California