**E-Filed 10/27/10**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CHRIS MONET, Managing Member of StoneyBrook Townhomes, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>INDYMAC COMMERCIAL LENDING CORPORATION, an/or its affiliates, officers, assigns, or agents thereto and DOES 1 to 10,000 inclusive,<br><br>    Defendants. | Case No. 5:10-CV-04506-JF (HRL)<br><br>ORDER[1] VACATING HEARING FOR MOTION FOR PRELIMINARY INJUNCTION<br><br>Re: Docket No. 8 |

On October 8, 2010, the Court denied Plaintiff's ex parte request for a temporary restraining order. Plaintiff's motion for a preliminary injunction was set for hearing on October 29, 2010. No additional briefing has been filed with the Court. Because the standards for a temporary restraining order and a preliminary injunction are the same, the hearing will be vacated.

IT IS SO ORDERED.

DATED: 10/27/10

_____
JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication in the official reports.

Case No. 5:10-CV-04506-JF (HRL)
ORDER VACATING HEARING FOR MOTION FOR PRELIMINARY INJUNCTION
(JFEX2)

1  This Order has been served upon the following persons:
2
3  Chris Monet
   P.O.Box 67365
   Scotts Valley, CA 95067
4  831-335-7388
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
Case No. 5:10-CV-04506-JF (HRL)
ORDER VACATING HEARING FOR MOTION FOR PRELIMINARY INJUNCTION
(JFEX2)