\*\*E-Filed 12/14/10\*\*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CHRIS MONET, Managing Member of StoneyBrook Townhomes, LLC,<br><br>  Plaintiff,<br><br>    v.<br><br>INDYMAC COMMERCIAL LENDING CORPORATION, an/or its affiliates, officers, assigns, or agents thereto and DOES 1 to 10,000 inclusive,<br><br>  Defendants. | Case No. 5:10-cv-04506-JF (HRL)<br><br>ORDER[1] DISMISSING ACTION FOR LACK OF SUBJECT-MATTER JURISDICTION |

Federal courts are obligated to consider *sua sponte* whether they have subject matter jurisdiction. *See Valdez v. Allstate Ins. Co.*, 372 F.3d 1115, 1116 (9th Cir. 2004) (citing *Allstate Ins. Co. v. Hughes*, 358 F.3d 1089, 1093 (9th Cir. 2004)). On September 9, 2010, Plaintiff Chris Monet ("Plaintiff") filed the instant action in the Santa Clara Superior Court. On October 5, 2010, Plaintiff sought to remove the action to this Court. However, "[a] plaintiff who commences his action in a state court cannot effectuate removal to a federal court even if he could have originated the action in a federal court . . . ." *Or. Egg Producers v. Andrew*, 458 F.2d 382, 383 (9th Cir. 1972) (citing 28 U.S.C. § 1441; *Shamrock Oil & Gas Corp. v. Sheets*, 313 U.S. 100 (1941)). Accordingly, this Court lacks subject-matter jurisdiction, and the action is

---

[1] This disposition is not designated for publication in the official reports.

1  remanded to the Superior Court.

2

3  IT IS SO ORDERED.

4  DATED: 12/14/10

5  _____
   JEREMY FOGEL
   United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 5:10-cv-04506-JF (HRL)
ORDER DISMISSING ACTION FOR LACK OF SUBJECT-MATTER JURISDICTION
(JFEX1)

1  This Order has been served upon the following persons:

2

3  Chris Monet
   P.O.Box 67365
   Scotts Valley, CA 95067
4  831-335-7388

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. 5:10-cv-04506-JF (HRL)
ORDER DISMISSING ACTION FOR LACK OF SUBJECT-MATTER JURISDICTION
(JFEX1)